COM.

v.

BURCKHARD, J.

1622 MDA 2016

Superior Court of Pennsylvania.

08/01/2017

CP–14–CR–0000953–1996 (Centre)

Affirmed

COM.

v.

RUHL, D.

1753 MDA 2016

Superior Court of Pennsylvania.

08/01/2017

CP–36–CR–0000344–2016 (Lancaster)

Affirmed

COM.

v.

HARRIS, K.

1914 MDA 2016

Superior Court of Pennsylvania.

8/1/2017

CP–35–CR–0000642–2016 (Lackawanna)

Affirmed

COM.

v.

BOJNOSKI, J.

1930 MDA 2016

Superior Court of Pennsylvania.

08/01/2017

CP–35–CR–0000867–2014
CP–35–CR–0001085–2016
CP–35–CR–0001211–2016
(Lackawanna)

Remanded Jurisdiction Retained